IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN NOECKER, on behalf of of himself and all others similarly situated<br><br>Plaintiff<br><br>v.<br><br>TOPAZ FINANCIAL SERVICES, INC., SWIFT ROCK FINANCIAL, INC. MESA ROCK FINANCIAL, LLC. DORCAS HOLDEN and DERIN SCOTT<br><br>Defendants | No. SA-10-CA-81 |

### ORDER OF DISMISSAL

Plaintiff Ryan Noecker, on behalf of himself and all others similarly situated, filed this civil action for unpaid overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). On February 3, 2012, counsel for the Plaintiffs and the Defendants notified the Court that they had compromised and settled their differences, and they jointly moved the Court for approval of their settlement (Docket No. 36). The settlement to which the parties have agreed includes (a) the payment of unpaid overtime wages to 27 employees or former employees in the amounts listed in Attachment A to the joint motion; and (b) the payment by the Defendants of attorneys' fees and costs in the total sum of $30,000.00. The Court finds that the proposed settlement should be approved, and that the case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint motion of the Plaintiffs and the Defendants to approve the settlement (Docket No. 36) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that this cause be, and it is hereby, DISMISSED WITH PREJUDICE.

SIGNED AND ENTERED this 6th day of February, 2012.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE